No. 04–5874. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–5875. WEARRY v. BLAINE ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5877. HOUGH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5880. LONGLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5882. RICH v. HATIN, SUPERINTENDENT, NORTHWEST STATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5888. CRAGER v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5896. HEARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5900. HAIRSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5904. CHANDLER v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5906. CLAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5909. RIGGANS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5911. AREVALO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5913. ALVEREZ, AKA ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5914. GREEN v. BROWNLEE, ACTING SECRETARY OF THE ARMY. C. A. 3d Cir. Certiorari denied.

No. 04–5919. COOPER v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.